| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter M. Lively, 162686<br>Ilya B. Volk, 272407<br>Law Office of Peter M. Lively<br>11268 Washington Boulevard, Suite 203<br>Culver City, California 90230-4647<br>Telephone: (310) 391-2400<br>Facsimile: (310) 391-2462<br>Email: Peter@PeterMLively.com | |

☑ *Attorney for Debtor(s)*
☐ *Debtor(s) appearing without an attorney*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u>        DIVISION**

</div>

| In re:<br><br>       MICHAEL GLOCK<br><br><br><br><br><br><br><br>                                      Debtor(s). | CASE NO.: 2:14-bk-11571-WB<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE:  9/10/2014<br>TIME:   10:00 am<br>COURTROOM: 1375<br>FLOOR: 13th |
|---|---|

1. **TO:**  <u>Honorable Julia W. Brand, U.S. Bankruptcy Judge, Nancy K. Curry, Chapter 13 Trustee,  All Creditors and Interested Parties</u>

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:  ☑ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana
                                   ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
                                   ☐ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2011*                                      Page 1                                      **F 4003-2.4.MOTION**

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:**  The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: _8/15/14_

Law Office of Peter M. Lively
Printed name of law firm *(if applicable)*

Peter M. Lively
Printed Name of Individual Debtor
or Attorney for Debtor

Signature of Individual Debtor
or Attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                Page 2                                **F 4003-2.4.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: Michael Glock                                              )

NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent): U.S. Bank National Association

1.  **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address:          4115 Glencoe Avenue

    Unit number:             Unit 105

    City, state, zip code:   Marina Del Rey, California 90292

    Legal description of Property or document recording number (*including county of recording*):
    See Exhibit 1

    ☑ See attached page for legal description of Property or document recording number.

2.  **Case History:**

    a.  A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on (*specify petition date*): 1/28/2014          .

    b.  ☐ An Order of Conversion to chapter 13 was entered on (*specify date*): _____.

3.  **Grounds for Avoidance of Junior Lien:**

    a.  As of (*date of title review*) 1/28/0214          , the Property is subject to the following liens in the amounts specified securing the debt against the Property that the debtor seeks to have treated as indicated:

        (1) (*Name of holder of 1st lien*) U.S. Bank National Association          in the amount of $ 734,948.07          .

        (2) (*Name of holder of 2nd lien*) The Bank of New York Mellon          in the amount of $ 217,593.63          ☑ is ☐ is not   to be avoided;

        (3) (*Name of holder of 3rd lien*) _____          in the amount of $ _____ ☐ is ☐ is not   to be avoided;

            ☐ See attached page for additional lien(s).

        As of (*date of valuation/appraisal*) 5/14/2014          , Property is worth no more than (*value per valuation/appraisal*) $ 630,000.00          .

    b.  As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2011*                                Page 3                          **F 4003-2.4.MOTION**

c.  **Evidence in Support of Motion:**

(1) ☑ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*)
___Proof of Claim_____, attached hereto and identified as Exhibit _2__ .

(2) ☑ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*)
___Proof of Claim_____, attached hereto and identified as Exhibit _3__ .

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*)
_____, attached hereto and identified as Exhibit ____ .

(4) ☑ The relative priority of the liens encumbering the Property is established by evidence attached as
Exhibit _4_ .

(5) ☑ The value of the Property from paragraph 3(b) is based on (*type of evidence*)
___Appraisal_____, attached as Exhibit _1__ .

(6) ☑ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence (*specify/identify supplemental evidence*): _____
_____, attached as Exhibit ___ .

d.  **WHEREFORE, Debtor prays that this Court issue an Order granting this Motion and establishing
that**:

(1) The Property is valued at no more than (*requested value*) $ _630,000.00_____ .

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance
payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☑ receipt of a
chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured
claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon:  Debtor's ☐ completion of the
chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the
corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the
conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or
if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan or ☑ receipt of
a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest
and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and
receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than
necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior
lien(s).

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                          Page 4                                   **F 4003-2.4.MOTION**

e.    ☐  See attached continuation page for additional provisions.

Date: _____8/15/14_____

Respectfully submitted,

By: _____
    Signature of Debtor or Attorney for Debtor

Name:  Peter M. Lively_____
    Printed Name of Debtor or Attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                          Page 5                          **F 4003-2.4.MOTION**

### DECLARATION OF MICHAEL GLOCK IN SUPPORT OF
### MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

I, MICHAEL GLOCK, declare and state:

1.      I am over the age of 18 years, a resident of Marina Del Rey, California and the Debtor in the within bankruptcy case.  I make the following statements based upon my own knowledge, which I believe to be true, and will testify thereto if called upon by the Court to do so.

2.      On January 28, 2014, I filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code bearing case number 2:14-bk-11571-WB.

3      I hold 100% title to the real property of the estate commonly known  as 4115 Glencoe Avenue, Marina Del Rey, CA 90292 (my "Residence").  A true and correct copy of the Legal Description is attached hereto as **Exhibit "1"**.

4.      I believe that my Residence is worth $630,000.00, and stated this value on my Schedule "A" filed with the Court.  My belief that my Residence is valued at $630,000.00 is based on my understanding as a homeowner that the value is comparable to other home values in my neighborhood as of the commencement of this case, and upon the Appraisal prepared by Sunwest Appraisals on May 14, 2014.  A true and correct copy of the Appraisal is attached to the Declaration of Jennifer L. Bosco as **Exhibit "1"**.

5.      As of the commencement of this case, two deeds of trust had been recorded against my Residence:

I.      The First Deed of Trust, executed on November 1, 2006, secures a Note in favor of U.S. BANK NATIONAL ASSOCIATION a successor in interest to COUNTRYWIDE HOME LOANS, INC. ("First Note").  A true and correct copy of the relevant pages of U.S. BANK NATIONAL ASSOCIATION'S Proof of Claim filed on May 29, 2014 showing the First Note balance as $734,948.07 is attached hereto as **Exhibit "2"**.

11.   The Second Deed of Trust, executed on November 1, 2006, secures a Note in favor of THE BANK OF NEW YORK MELLON a successor in interest to COUNTRYWIDE BANK NATIONAL ASSOCIATION ("Second Note").  A true and correct copy of the relevant pages of THE BANK OF NEW YORK MELLON'S Proof of Claim filed on February 28, 2014 showing the Second Note balance as $217,593.63 is attached hereto as **Exhibit "3"**.

6.   A true and correct copy of the relevant pages of the First and Second Deeds of Trust, evidencing the priority of the liens is attached hereto as **Exhibit "4"**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2014 at Marina Del Rey, California.


_____
MICHAEL GLOCK

2

19

EXHIBIT "A"

LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN IS SITUATED IN THE STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES, DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED 1/52ND INTEREST IN AND TO LOT 1 OF TRACT NO.
060845, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1322, PAGES 80
AND 81 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

EXCEPT THEREFROM UNITS 102 THROUGH 114, 201 THROUGH 214, 301
THROUGH 314 AND PH4 THROUGH PH14, AS SHOWN AND DEFINED UPON THE
CONDOMINIUM PLAN RECORDED OCTOBER 23, 2006 AS INSTRUMENT NO.
06-2341751, OFFICIAL RECORDS OF SAID COUNTY.

RESERVING THEREFROM EXCLUSIVE USE COMMON AREA EASEMENTS FOR ALL
USES AND PURPOSES OF A BALCONY SPACE, DESIGNATED AS "B", ROOF
DECK DESIGNATED AS "RD", AND PARKING SPACE, DESIGNATED AS "P",
IN, OVER, ACROSS AND THROUGH THOSE PORTIONS OF THE COMMON AREA
AS SHOWN ON THE ABOVE REFERENCED CONDOMINIUM PLAN.

PARCEL 2:

UNIT 105 AS SHOWN AND DEFINED UPON THE CONDOMINIUM PLAN
REFERRED TO IN PARCEL 1 ABOVE.

PARCEL 3:

AN EXCLUSIVE USE COMMON AREA EASEMENT FOR ALL USES AND PURPOSES
OF PARKING SPACE, TO BE APPURTENANT TO PARCELS 1 AND 2 ABOVE,
IN, OVER, ACROSS AND THROUGH THOSE PORTIONS OF THE COMMON AREA
DESIGNATED AND DELINEATED AS "P", CONSISTING OF 8P-1 AND 8P-2,
ON THE ABOVE REFERRED TO CONDOMINIUM PLAN.

End of Legal Description

B 10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES) | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>MICHAEL GLOCK | Case Number: 1411571 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE GSAA HOME EQUITY TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 | |
|---|---|
| | **COURT USE ONLY** |

| Name and address where notices should be sent:<br>NATIONSTAR MORTGAGE, LLC<br>Attn: Bankruptcy Department<br>PO Box 630267<br>Irving, TX 75063<br>With a copy to Weinstein, Pinson & Riley, BK Services<br>2001 Western Ave. #400, Seattle, WA 98121<br><br>Telephone number: 877-343-5602(NS)/206-269-3490(WPR)    email: bncmail@w-legal.com | ☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:**<br>    (*If known*)<br><br>Filed on: |
|---|---|

| Name and address where payment should be sent (if different from above):<br>NATIONSTAR MORTGAGE, LLC<br>Bankruptcy Department<br>350 Highland Drive<br>Lewisville, TX 75067<br>Telephone number: 877-343-5602        email: bncmail@w-legal.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
|---|---|

**1. Amount of Claim as of Date Case Filed:**        $734,948.07

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Money Loaned
    (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>XXXXXX6879 | 3a. Debtor may have scheduled account as:<br><br>Nationstar Mortgage, LLC<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe: 4115 Glencoe Avenue Unit 105, Marina Del Rey, CA 90292**

**Value of Property:** $_____

**Annual Interest Rate** 2.875% ☐ Fixed or ☒ Variable
**(when case was filed)**

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

            $104,031.77

**Basis for perfection:** Mortgage/ Note

**Amount of Secured Claim:** $734,948.07

**Amount Unsecured:**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
|---|---|---|
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (04/13)                                                                                                              2

---

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

**Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.**

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
or their authorized agent.                      (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Max A. Zaleski
Title:       Representative for Nationstar Mortgage, LLC
Company:     WEINSTEIN, PINSON & RILEY, P.S.                    /s/ Max A. Zaleski                           May 28, 2014
Address and telephone number (if different from notice address above):   (Signature)                              (Date)
_____
_____
_____

Telephone number: _____        email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**Exhibit "2" – Page 2 of 4**

B 10A (Attachment A) (12/11)

## Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See Bankruptcy Rule 3001(c)(2).

| | | | |
|---|---|---|---|
| Name of debtor: | MICHAEL GLOCK | Case number: | 1411571 |
| Name of creditor: | U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE GSAA HOME EQUITY TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 | Last four digits of any number you | |
| | | use to identify the debtor's account: | XXXXXX6879 |

## Part 1: Statement of Principal and Interest Due as of the Petition Date

Itemize the principal and interest due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on your Proof of Claim form).

1. Principal due                                                                 (1)  $   631,920.00

2. Interest due

| Interest rate | From mm/dd/yyyy | To mm/dd/yyyy | Amount |
|---|---|---|---|
| 3.000 % | 04/01/2011 | 12/31/2011 | $14,218.20 |
| 3.125 % | 01/01/2012 | 12/31/2013 | $34,495.00 |
| 2.875 % | 01/01/2014 | 01/28/2014 | + $1,393.69 |
| Total interest due as of the petition date | | | $55,106.89 |

Copy total here ▶  (2)  + $   55,106.89

3. Total principal and interest due                                              (3)  $   687,026.89

## Part 2: Statement of Prepetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney's fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Advertisement costs | | (5) | $ |
| 6. Sheriff/auctioneer fees | | (6) | $ |
| 7. Title costs | | (7) | $ |
| 8. Recording fees | | (8) | $ |
| 9. Appraisal/broker's price opinion fees | | (9) | $ |
| 10. Property inspection fees | 07/30/11, 07/30/11, 07/30/11, 07/30/11, 07/30/11, 07/30/11, 10/29/12, 10/29/12, 10/29/12, 07/16/13, 08/11/13, 10/02/13, 11/13/13, 12/11/13, 01/08/14 | (10) | $234.00 |
| 11. Tax advances (non-escrow) | | (11) | $ |
| 12. Insurance advances (non-escrow) | | (12) | $ |
| 13. Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $50,150.27 |
| 14. Property preservation expenses. Specify: | | (14) | $ |
| 15. Other. Specify: | | (15) | $ |
| 16. Other. Specify: | | (16) | $ |
| 17. Other. Specify: | | (17) | + $ |

18. Total prepetition fees, expenses, and charges. Add all of the amounts listed above.   (18)  $50,384.27

B 10A (Attachment A) (12/11)

## Part 3. Statement of Amount Necessary to Cure Default as of the Petition Date

**Does the installment payment amount include an escrow deposit?**

☐ No

☒ Yes   Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form consistent with applicable nonbankruptcy law.

| | | | | |
|---|---|---|---|---|
| **1. Installment payments due** | Date last payment received by creditor | 07/17/2012 <br> mm/dd/yyyy | | |
| | Number of installment payments due | (1) 33 | | |
| **2. Amount of installment payments due** | 8 installments @ $1,579.80 | $ 12,638.40 | | |
| | 24 installments @ $1,645.63 | $ 39,495.12 | | |
| | 1 installments @ $1,513.98 | + $ 1,513.98 | | |
| | Total installment payments due as of the petition date | $53,647.50 | Copy total here ▶ (2) | $53,647.50 |
| **3. Calculation of cure amount** | <u>Add</u> total prepetition fees, expenses, and charges | | Copy total from Part 2 here ▶ + | $ 50,384.27 |
| | <u>Subtract</u> total of unapplied funds (funds received but not credited to account) | | – | $ |
| | <u>Subtract</u> amounts for which debtor is entitled to a refund | | – | $ |
| | **Total amount necessary to cure default as of the petition date** | | (3) | $104,031.77 |
| | The post petition payment amount will be $2,006.60 and is due on 02/01/2014. | | | Copy total onto Item 4 of Proof of Claim form |

| UNITED STATES BANKRUPTCY COURT | FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>   Michael Glock | Case Number:<br>   2:14-bk-11571-JWB | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007-A

| | COURT USE ONLY |
|---|---|
| Name and address where notices should be sent:<br>   Specialized Loan Servicing LLC<br>   8742 Lucent Blvd Suite 300<br>   Highlands Ranch, Colorado 80129<br><br>   Telephone Number: (800) 315-4757    email: | ☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br><br>*(If Known)*<br><br>*Filed on* _____ |
| Name and address where payment should be sent: (if different from above):<br>   Specialized Loan Servicing LLC<br>   Bankruptcy Department<br>   8742 Lucent Blvd Suite 300<br>   Highlands Ranch, Colorado 80129<br><br>   Telephone Number: (800) 315-4757    email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**     $217,593.63

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

| **2. Basis for Claim:**    Money Loaned<br>(See instruction #2) |
|---|

| **3. Last four digits of any number by which the creditor identifies debtor:**<br>   xxxxxx0661 | **3a. Debtor may have scheduled account as:**<br><br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien or property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of Property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**    4115 Glencoe Ave Unit 105, Marina Del Rey, California 90292

**Value of Property:** _____

**Annual Interest Rate:**  10.0000%   ☐ Fixed or ☒ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
   $57,926.00

**Basis for perfection:**    Recordation of Lien

**Amount of Secured Claim:**    $217,593.63

**Amount of Unsecured:**    _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a) (1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a) (___).

**Amount entitled to priority:**

_____

*Amounts are subject to adjustment on 04/01/2016 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10Form_Ver001 : 4134-N-5729

B 10 (Official Form 10) (04/13)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "**redacted**.")*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other
                                                                   (See Bankruptcy Rule 3004.)              codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| | |
|---|---|
| Print Name: | John J. Rafferty |
| Title: | Authorized Agent for Specialized Loan Servicing LLC |
| Company: | Buckley Madole, P.C. |

/s/ John J. Rafferty
Signature

Address and telephone number (if different from notice address above):
P. O. Box 9013
Addison, TX 75001

02/28/2014
Date

Telephone:   (972) 643-6600          Email:   POCInquiries@BuckleyMadole.com

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

B10Form_Ver001 : 4134-N-5729

**Exhibit "3" – Page 2 of 4**

B 10 (Attachment A) (12/11)
Chapter: 13

FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION
Judge: Julia W. Brand    Trustee: Nancy K. Curry:

## Mortgage Proof of Claim Attachment

**If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim.** See Bankruptcy Rule 3001(c)(2).

| | | | |
|---|---|---|---|
| **Name of debtor:** | Michael  Glock | **Case Number:** | 2:14-bk-11571-JWB |
| **Name of creditor:** | The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007-A | **Last four digits** of any number you identify the debtor's account: | xxxxxx0661 |

## Part 1: Statement of Principal and Interest Due as of the Petition Date (01/28/2014)

Itemize the principal and interest due on the claim as of the petition date (include in the Amount of Claim listed in item 1 of your Proof of Claim form).

1.  **Principal due**                                                                      (1)    $159,059.12

2.  **Interest due**

| Interest Rate | From | To | Amount |
|---|---|---|---|
| 10.000% | 05/25/2010 | 01/28/2014 | $58,534.51 |

Total interest due as of the Petition date $58,534.51        Copy total here  >   (2)   + $58,534.51

3.  **Total principal and interest due**                                              (3)    $217,593.63

## Part 2: Statement of Pre-Petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges due on the claim as of the petition date (include in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| Description | Dates incurred | Amount |
|---|---|---|
| 1.  Late Charges | | (1) |
| 2.  Non-sufficient funds (NSF) fees | | (2) |
| 3.  Attorney fees | | (3) |
| 4.  Filing fees and court costs | | (4) |
| 5.  Advertisement costs | | (5) |
| 6.  Sheriff/auctioneer fees | | (6) |
| 7.  Title costs | | (7) |
| 8.  Recording fees | | (8) |
| 9.  Appraisal/broker's price opinion fees | | (9) |
| 10.  Property inspection fees | | (10) |
| 11.  Tax advances (non-escrow) | | (11) |
| 12.  Insurance advances (non-escrow) | | (12) |
| 13.  Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) |
| 14.  Property preservation expenses. | | (14) |
| 15.  Other. Specify: | | (15) |
| 16.  Other. Specify: | | (16) |
| 17.  Other. Specify: | | (17) |
| 18.  **Total prepetition fees, expenses, and charges.** Add all of the amounts listed above. | | (18)  $0.00 |

EXAForm_Ver001
4134-N-5729

1

**Exhibit "3" – Page 3 of 4**

B 10 (Attachment A) (12/11)                    FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION
Chapter: 13                                                    Judge: Julia W. Brand        Trustee: Nancy K. Curry:

## Part 3: Statement of Amount Necessary to Cure Default as of the Petition Date

Does the installment payment amount include an escrow deposit?

☒ No

☐ Yes. Attach to the Proof of Claim form an escrow account statement prepared as of the **petition** date in a form consistent with applicable nonbankruptcy law.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | **Installment payments due** | Date last payment received by creditor | | 06/25/2010 | | |
| | | Number of installment payments due: | (1) | 44 | | |
| 2. | **Amount of installment payments due** | | | | | |
| | June 2010 to January 2014 | 44 installments @ $1,316.50 = | | $57,926.00 | | |
| | | Total installment payments due as of the prepetition date | $57,926.00 | Copy total here > (2) | | $57,926.00 |
| 3. | **Calculation of cure amount** | Add total prepetition fees, expenses, and charges | | Copy total here Part 2 > | | + $0.00 |
| | | Subtract total of unapplied funds (funds received but not credited to account) | | | | $0.00 |
| | | Subtract amounts for which debtor is entitled to a refund | | | | |
| | | Total amount necessary to cure default as of the petition date | | (3) | | $57,926.00 |

Copy total onto Item 4
of Proof of Claim form

The monthly payment consists of accrued finance charges on the Principal Balance as defined in the attached agreement. As such, ongoing post-petition payments can change each month depending on the account balance during each billing cycle. Please reference the attached agreement for a more detailed breakdown of how monthly charges are calculated. The minimum monthly payment for 02/25/2014 is $1,316.50.

**Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.**

**Exhibit "3" - Page 4 of 4**

GS04QC
1517262230

**This page is part of your document - DO NOT DISCARD**



06 2456288

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

11/06/06 AT 08:00AM

## TITLE(S) :

_____



L E A D   S H E E T

| FEE | Code 01 - 79.00 Code 18 - 04.00 Code 20 - 02.00 | Code T008 - 001 | D.T.T. | |
|---|---|---|---|---|
| CODE 20 | | | | |
| CODE 19 | | | | |
| CODE 9 | Grand Total = $85.00 | | Page Count = 25 | |

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**      Number of AIN's Shown

[ ][ ][ ][ ] - [ ][ ][ ][ ] - [ ][ ][ ][ ]          [ ][ ][ ]

***607

**THIS FORM IS NOT TO BE DUPLICATED**

**Exhibit "4" – Page 1 of 7**

Recording Requested By:
S. DANZIGER



# STEWART TITLE

After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.

MS SV-79 DOCUMENT PROCESSING
P.O.Box 10423
Van Nuys, CA 91410-0423

Prepared By:
SCOTT BAIR

320293204

[Space Above This Line For Recording Data]

[Escrow/Closing #]                [Doc ID #]

# DEED OF TRUST

MIN

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated  NOVEMBER 01, 2006  , together with all Riders to this document.
**(B) "Borrower"** is
MICHAEL GLOCK, A SINGLE MAN

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT WITH MERS**

Page 1 of 16

 -6A(CA) (0207)    CHL (08/05)(d)    VMP Mortgage Solutions, Inc. (800)521-7291        **Form 3005  1/01**
CONV/VA



* 2 3 9 9 1 *

3

DOC ID #: ███████████

Borrower's address is
4115 GLENCOE AVE UNIT 105, MARINA DEL REY, CA 90292
Borrower is the trustor under this Security Instrument.
(C) "Lender" is
COUNTRYWIDE HOME LOANS, INC.
Lender is a CORPORATION
organized and existing under the laws of NEW YORK
Lender's address is
4500 Park Granada MSN# SVB-314, Calabasas, CA 91302-1613
(D) "Trustee" is
RECONTRUST COMPANY, N.A.
225 W HILLCREST DRIVE, MSN: TO-02, THOUSAND OAKS, CA 91360
(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(F) "Note" means the promissory note signed by Borrower and dated NOVEMBER 01, 2006 . The Note states that Borrower owes Lender
SIX HUNDRED THIRTY ONE THOUSAND NINE HUNDRED TWENTY and 00/100

Dollars (U.S. $ 631,920.00      ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than DECEMBER 01, 2036 .
(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| [X] Adjustable Rate Rider | [X] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [ ] Other(s) [specify] |

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(M) "Escrow Items" means those items that are described in Section 3.
(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii)

**Exhibit "4" - Page 3 of 7**

DOC ID #: [redacted]

conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(O) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(P) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(Q) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(R) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

**TRANSFER OF RIGHTS IN THE PROPERTY**

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the
COUNTY                of        LOS ANGELES                    :
[Type of Recording Jurisdiction]                [Name of Recording Jurisdiction]

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Parcel ID Number:                                which currently has the address of
4115 GLENCOE AVE UNIT 105, MARINA DEL REY                       ,
[Street/City]

California     90292     ("Property Address"):
[Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including,

VMP®  -6A(CA) (0207)      CHL (08/05)        Page 3 of 16                        Form 3005  1/01



**This page is part of your document - DO NOT DISCARD**

## 06 2456289



RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

**11/06/06 AT 08:00AM**

## TITLE(S) :





**FEE**

Code 01 - 56.00
Code 18 - 04.00
Code 20 - 04.00



D.T.T.

**CODE**
**20**

**CODE**
**19**

**CODE**
**9**_____

*Grand Total = $64.00*

*Page Count = 15*

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**

**Number of AIN's Shown**



THIS FORM IS NOT TO BE DUPLICATED



Recording Requested By:
S. DANZIGER

# STEWART TITLE

After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.

MS SV-79 DOCUMENT PROCESSING
P.O.Box 10423
Van Nuys, CA 91410-0423

Prepared By:
SCOTT BAIR

 ———— [Space Above This Line For Recording Data] ———— 

[Escrow/Closing #]                    [Doc ID #]

## DEED OF TRUST AND ASSIGNMENT OF RENTS

This Deed of Trust secures an obligation which calls for payment of interest at a variable interest rate.

THIS DEED OF TRUST is made this 1st                day of NOVEMBER, 2006    , between
MICHAEL GLOCK, A SINGLE MAN

whose address is,
4115 GLENCOE AVE UNIT 105, MARINA DEL REY, CA 90292
herein called "Trustor,"
RECONTRUST COMPANY, N.A.
225 W HILLCREST DRIVE, MSN: TO-02, THOUSAND OAKS, CA 91360
herein called "Trustee," and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS")
a Delaware corporation with an address of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**MERS is the "Beneficiary" under this Deed of Trust** and is acting solely as a nominee for
Countrywide Bank, N.A.

("Lender" or "you") and its successors and assigns, with an address of
1199 North Fairfax St. Ste.500, Alexandria, VA 22314

Trustor irrevocably grants, transfers and assigns to Trustee, in trust and with power of sale, all of the real
property in the City or Town of MARINA DEL REY                        , County of
   LOS ANGELES                              , State of California, having the street address of
4115 GLENCOE AVE UNIT 105, MARINA DEL REY, CA 90292

● MERS HELOC - CA Deed of Trust
1D988-CA (10/06)(d/i)                    Page 1 of 10




3

and more specifically described as:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

*See attached Condominium Rider*

Parcel ID Number ▓▓▓▓▓                                          together with all improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents (subject however to the rights and authorities given herein to Lender to collect and apply such rents), royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are herein referred to as the "Property."

TRUSTOR UNDERSTANDS and agrees that MERS is a separate corporation acting solely as nominee for Lender and Lender's successors and assigns, and holds only legal title to the interests granted by Trustor in this Deed of Trust, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property, and to take any action required of Lender including, but not limited to, releasing or canceling this Deed of Trust.

1.    THIS DEED OF TRUST SECURES:

a.    All of the obligations of Trustor in favor of Lender or order under the terms of a revolving credit agreement dated NOVEMBER 1, 2006    , herein called Agreement. The Agreement provides, among other things, for the payment of all sums advanced by Lender from time to time pursuant to the Agreement and for the payment of interest. The maximum principal obligation under the Agreement to be secured by this Deed of Trust at any one time is
ONE HUNDRED FIFTY SEVEN THOUSAND NINE HUNDRED EIGHTY and 00/100
Dollars ($ 157,980.00    ) unless Lender, with Trustor's written consent, hereafter increases this amount. Advances made by Lender to protect the security of this Deed of Trust or to preserve the Property shall not be subject to the limitation of the preceding sentence.

The security of this Deed of Trust shall not be affected by the extension, renewal or modification from time to time of the obligations, instruments or agreements described above.

b.    Payment of any and all obligations and liabilities, whatsoever, whether primary, secondary, direct, indirect, fixed or contingent, whether now or hereafter due from Trustor (or any successor in interest to Trustor) whether created directly or acquired by assignment if the document evidencing such obligation or liability or any other writing signed by Trustor (or any successor in interest to Trustor) specifically provides that said obligation or liability is secured by this Deed of Trust.

● MERS HELOC - CA Deed of Trust
1D988-CA (10/06)                    Page 2 of 10

**DECLARATION OF JENNIFER L. BOSCO IN SUPPORT OF
MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**

I, JENNIFER L. BOSCO, declare and state:

1.    I am over the age of 18 years and a resident of Burbank, California. I make the following statements based upon my knowledge, except those matters stated on my information and belief, and will testify thereto if called upon by the Court to do so.

2.    I am an appraiser certified by the State of California, bearing State License Number AR037417.

3.    I my capacity as a licensed real estate appraiser, I conducted a physical inspection of the real property located at 4115 Glencoe Avenue, Apt #5, Venice, CA 90292 (the "Debtor's Residence") and prepared an appraisal report. A true and correct copy of my appraisal report is attached hereto as **Exhibit "1"**.

4.    Based upon my inspection of Debtor's Residence, my experience as a California licensed real estate appraiser and my appraisal report, I believe that the market value of Debtor's Residence is no more than $630,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2014 at Burbank, California.

_____
JENNIFER L. BOSCO

SunWest Appraisals Inc. (818) 613-1767



# INVOICE

| INVOICE NUMBER |
| --- |
| JB050714 |

| DATE |
| --- |
| May 14, 2014 |

| REFERENCE |
| --- |

**TO:**

GLOCK

Internal Order #:

Client File #:

Main File # on form: JBBB050714

Other File # on form:

Telephone Number:                    Fax Number:

Alternate Number:                    E-Mail:

Federal Tax ID:    20-8849104

Employer ID:

## DESCRIPTION

|  |  |
| --- | --- |
| **Client:** | GLOCK, MICHAEL |
| **Property Address:** | 4115 Glencoe Ave Apt 105 |
| **City:** | Venice |
| **County:** | Los Angeles    **State:** CA    **Zip:** 90292 |
| **Legal Description:** | TR=60845 LOT 1 CONDO UNIT 105 (AIRSPACE AND 1/52 INT IN COMMON AREA) |

| FEES | AMOUNT |
| --- | --- |
| Estate Planning Appraisal | 195.00 |
| | |
| **SUBTOTAL** | 195.00 |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: | Description: pay pal | 195.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 195.00 |

| SunWest Appraisals Inc.   3306 W Wyoming Ave, Burbank CA 91505    (818) 613-1767 | **TOTAL DUE** | $ | 0 |
| --- | --- | --- | --- |

## RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: JB050714

### SUBJECT

Property Address: 4115 Glencoe Ave    Unit #: 105    City: Venice    State: CA
Zip Code: 90292    County: Los Angeles    Legal Description: TR=60845 LOT 1 CONDO UNIT 105 (AIRSPACE AND 1/52 INT IN COMMON AREA)
Assessor's Parcel #: 4230-005-053
Tax Year: 2013    R.E. Taxes: $ 5,911.41    Special Assessments: $ None    Borrower (if applicable):    None (GLOCK-Owner)
Current Owner of Record:  GLOCK, MICHAEL    Occupant:  ☒ Owner  ☐ Tenant (Market Rent)  ☐ Tenant (Regulated Rent)  ☐ Vacant
Project Type:  ☒ Condominium  ☐ Other (describe)    HOA: $ 252  ☐ per year  ☒ per month
Market Area Name:  None    Map Reference: 672 B6    Census Tract: 2754.00
Project Name:  Del Rey Lofts    Phase: 1
The purpose of this appraisal is to develop an opinion of:  ☒ Market Value (as defined), or  ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments):  ☐ Current (the Inspection Date is the Effective Date)  ☒ Retrospective  ☐ Prospective
Approaches developed for this appraisal:  ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)
Property Rights Appraised:  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)
Intended Use:  The appraisal report is to be used as an estate planning. THIS IS AN UPDATED REPORT EFFECTIVE 5/1/2014.  ORIGINAL INSPECTION AND REPORT COMPLETED ON 05/10/10.

### ASSIGNMENT

Intended User(s) (by name or type):  GLOCK, MICHAEL
Client:  GLOCK, MICHAEL    Address:  4115 Glencoe Ave 105, Marina Del Rey, CA 90292
Appraiser:  Jennifer L. Bosco    Address:  3306 W Wyoming Ave, Burbank CA 91505

### MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | Condominium Housing | | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | | One-Unit | 96 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 80 | | | | 2-4 Unit | 1 % | ☐ Likely * ☐ In Process * |
| Property values: | ☒ Increasing ☐ Stable ☐ Declining | ☐ Tenant 15 | 381 Low | 1 | | Multi-Unit | 2 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 1,820 High | 48 | | Comm'l | 1 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 700 Pred | 8 | | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):    Market conditions are considered declining with an average to low supply and demand for residential properties. DQnews.com reports the area has declined -3.64% over the last 12 months. Marketing times average less than 180 days. Conventional financing is prevalent and available at nominal rates. Seller may pay a portion of a buyer's non-recurring closing costs. The subject area is comprised of single family dwellings built predominately from 1970-2009. Dwellings vary in age, style, condition and site size. Commercial and multi-residential properties are situated along major thoroughfares. There is good access to support services, schools and employment.

Zoning Classification:  LACM (GM)    Description:  CONDOMINIUM, PUD
Zoning Compliance:  ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning
Ground Rent (if applicable)  $ _____ / _____    Comments:  N/A

### PROJECT SITE DESCRIPTION

Highest & Best Use as improved (or as proposed per plans & specifications):  ☒ Present use, or  ☐ Other use (explain)
The subject is considered to be a legal conforming use and the subject's current use as a condominium is it's highest and best use.
Actual Use as of Effective Date:  Condominium    As appraised in this report:  Condominium
Summary of Highest & Best Use:   Highest and best use considered to be condominium.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Average |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | | ☐ | ☒ | Size | Average |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☐ | ☒ | Topography | Level/Avg |
| Water | ☒ | ☐ | | Sidewalk | | ☐ | ☒ | View | Residential |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☐ | ☒ | | |
| Storm Sewer | ☒ | ☐ | | Alley | None | | | | |

Other site elements:  ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)
FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone  X    FEMA Map # 060137/1752 F    FEMA Map Date 09/26/2008
Site Comments:   There were no apparent adverse easements, encroachment or other adverse conditions noted at the time of the inspection. Further there was no obvious environmental hazards present in the improvements, on the site, or in the vicinity of the subject. For properties constructed before 1978 asbestos or lead paint could possibly be an issue. However, no adverse environmental conditions were observed at the time of the inspection.

### PROJECT INFORMATION

Data source(s) for project information    Owner, NDC
Project Description  ☐ Detached  ☒ Row or Townhouse  ☐ Garden  ☐ Mid-Rise  ☐ High-Rise  ☐ Other (describe)

| General Description of Project | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|
| # of Stories  Two | Exterior Walls  Stucco/Avg | Units | 52 | Phases | 1 | Planned Phases | |
| # of Elevators  One | Roof Surface  Composition/Avg | Units Completed | 52 | Units | 52 | Planned Units | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # Parking  104 | Units For Sale | 3 | Units for Sale | 3 | Units for Sale | |
| Design (Style)  Conventional | Ratio (spaces/unit)  2/1 | Units Sold | 49 | Units Sold | 49 | Units Sold | |
| Actual Age (Yrs.)  2006 | Parking Type(s)  Underground | Units Rented | 16 | Units Rented | 16 | Units Rented | |
| Effective Age (Yrs.)  4 | Guest Parking  Yes | Owner Occup. Units | 33 | Owner Occup. Units | 33 | Owner Occup. Units | |

Project Primary Occupancy  ☒ Principal Residence  ☐ Second Home or Recreational  ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?  ☒ Yes  ☐ No
Management Group:  ☒ Homeowners' Association  ☐ Developer  ☐ Management Agent (name of management agent or company):  _____
Was the project created by the conversion of existing building(s) into a condominium?  ☐ Yes  ☒ No    If Yes, describe the original use and date of conversion.  _____
Are CC&Rs applicable?  ☐ Yes  ☒ No  ☐ Unknown  Have the documents been reviewed?  ☐ Yes  ☒ No    Comments:  _____
Project Comments (condition, quality of construction, completion status, etc.):   The project appears to be in average quality, condition and appeal. The project's phase is complete.

Common Elements and Recreational Facilities:   The project features courtyard, elevator, heated pool, and controlled access.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.



Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    6/2007

**Exhibit "1" - Page 2 of 19**

## RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: JB050714

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed):     N/A

Other fees for the use of the project facilities (other than regular HOA charges):     N/A

Compared to other competitive projects of similar quality and design, the subject unit charge appears     ☐ High   ☒ Average   ☐ Low     (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes   ☒ No     If Yes, describe and explain the effect on value and marketability.

---

**DESCRIPTION OF THE UNIT IMPROVEMENTS**

Unit Charge: $ 252     per month X 12 = $ 3,024.00     per year.     Annual assessment charge per year per SF of GLA = $     1.88

Utilities included in the Unit Charge:   ☐ None   ☐ Heat   ☐ Air Conditioning   ☐ Electricity   ☐ Gas   ☒ Water   ☐ Sewer   ☐ Cable   ☐ Other
Source(s) used for physical characteristics of property:   ☒ New Inspection   ☐ Previous Appraisal Files   ☐ MLS   ☐ Assessment and Tax Records   ☐ Prior Inspection
☒ Property Owner   ☐ Other (describe)                                Data Source for Gross Living Area   NDC Datasource

| General Description | Exterior Description | Foundation | Basement | Heating |
|---|---|---|---|---|
| Floor Location First Floor | Foundation Concrete/Avg | Slab Concrete | ☒ N/A | Type Central |
| # of Levels Two | Exterior Walls Stucco | Crawl Space Yes | Area Sq. Ft. 0 | Fuel Gas |
| Design (Style) Conventional | Roof Surface Composition Shi | Basement None Noted | % Finished 0 | |
| ☒ Existing ☐ Proposed | Gutters & Dwnspts. Yes | Sump Pump ☒ None | Ceiling | Cooling |
| ☐ Under Construction | Window Type Various/Avg | Dampness None Noted | Walls | Central Central |
| Actual Age (Yrs.) 2006 (8) | Storm/Screens Yes | Settlement None Noted | Floor | Other |
| Effective Age (Yrs.) 4 | | Outside Entry ☒ None | | |
| | | Infestation None Noted | | |

| Interior Description | Appliances | Attic ☐ N/A | Amenities | Car Storage ☐ None |
|---|---|---|---|---|
| Floors Wood/Avg | Refrigerator ☐ | Stairs ☐ | Fireplace(s) # None   Woodstove(s) # None | ☒ Garage # 2 |
| Walls Drywall/Paint/Wd/Avg | Range/Oven ☒ | Drop Stair ☒ | Patio Patio | ☐ Covered # |
| Trim/Finish Wd/Avg | Disposal ☒ | Scuttle ☒ | Deck None | ☐ Open # |
| Bath Floor Tile/Avg | Dishwasher ☐ | Doorway ☐ | Porch None | Total # of cars 2 |
| Bath Wainscot Tile/Avg | Fan/Hood ☐ | Floor ☐ | Fence Blockwall | ☒ Assigned Two |
| Doors Wd/Avg | Microwave ☐ | Heated ☐ | Pool None | ☐ Owned |
| | Washer/Dryer ☐ | Finished ☐ | Balcony None | Space #(s) |

Finished area above grade contains:     5   Rooms     1L   Bedrooms     2   Bath(s)     1,610   Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?   ☒ Yes   ☐ No (If No, describe)

Additional features:   The energy efficient items are typical for the market area of the subject.

Describe the condition of the property (including physical, functional and external obsolescence):   The subject is in generally average condition, quality and appeal
the subject is a conventional style dwelling located on an interior street. The site is level with front landscape and parking garage below building
and security entry into the building.  The subject is located within .50 miles from the 1 and 90 freeway no noise was noted.  The subject is
located one block away from a shopping mall and restaurant. The subject is conforming to the neighborhood in style and age. Per interior
inspection the subject features wood flooring on the first floor and loft level. The 2 bathrooms feature tile flooring and tile wainscot. The subject
features a spiral staircase that leads up to the loft level, new appliances in kitchen and floor to ceiling windows on backside of subject. HOA
dues include: Insurance, maintenance of common area and water. Per owner: The windows are leaking which has led to the floors to lift and
AC needs attention.

---

**TRANSFER HISTORY**

My research ☐ did   ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):   NDC Data Source

| | |
|---|---|
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   The subject has not been listed or |
| Date: | transferred within the last 36 months. |
| Price: | 4350 Glencoe Ave Unit 4 was recently transferred on 5/09/14 for $750,000 MLS#14745741;DOM:14745741. |
| Source(s): NDC Datasource | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): NDC Data Source | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE     6/2007

**GP CONDO**

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: JB050714

SALES COMPARISON APPROACH TO VALUE (if developed) ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4115 Glencoe Ave Apt 105 Venice, CA 90292 | 13107 Mindanao Way Unit 5 Marina Del Rey, CA 90292 | | 4350 Glencoe Ave Unit 4 Marina Del Rey, CA 90292 | | 4115 Glencoe Ave Apt 213 Venice, CA 90292 | |
| Project | Del Rey Lofts | Villa Velletri | | Villa Villetri | | Del Rey Lofts | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.31 miles SE | | 0.31 miles SE | | Less than 0.01 miles | |
| Sale Price | $ | | $ 620,000 | | $ 550,000 | | $ 660,000 |
| Sale Price/GLA | $ /sq.ft. | $ 443.49 /sq.ft. | | $ 356.22 /sq.ft. | | $ 481.75 /sq.ft. | |
| Data Source(s) | NDC/MLS | Doc#391040/MLS#13701033 | | Doc#123563/MLS#13724291 | | Doc#1823111/MLS#13695173 | |
| Verification Source(s) | Inspection | Local Realtors | | Local Realtors | | Local Realtors | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | Conventional None | Covl/None Noted Dom:221 | | Covl/None Noted Dom:6 | | Covl/None Noted Dom:145 | |
| Date of Sale/Time | Estate Planning | 04/17/2014 | | 02/05/2014 | | 12/31/2013 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban/Avg | Suburban/Avg | | Suburban/Avg | | Suburban/Avg | |
| HOA Fees ($/Month) | 252 | 497 | | 497 | | 252 | |
| Common Elements and Recreational Facilities | Pool/Courtyard Security | Pool/Spa | | Pool/Spa | | Security | |
| Floor Location | 1st | 1st Townhouse | | 1st Townhouse | | 2nd | |
| View | Residential/Avg | Residential/Avg | | Residential/Avg | | Residential/Avg | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 2006 (8) | 1974 (40) | | 1974 (40) | | 2006 (8) | |
| Condition | Good | Good | | Average+ | +25,000 | Good+ | -25,000 |
| Above Grade Room Count (Total / Bdrms / Baths) | 5 / 1L / 2 | 6 / 2 / 2 | | 7 / 2 / 2.1 | -5,000 | 6 / 2 / 2 | |
| Gross Living Area | 1,610 sq.ft. | 1,398 sq.ft. | +18,000 | 1,544 sq.ft. | 0 | 1,370 sq.ft. | +20,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/None | | FWA/CAC | |
| Energy Efficient Items | Typ for Area | Typ for Area | | Typ for Area | | Typ for Area | |
| Parking | 2 Parking Space | 2 Car Garage | -10,000 | 2 Car Garage | -10,000 | 2 Parking Spaces | |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Balcony | |
| Amenities | None | None | | None | | None | |
| | | | | | | | |
| | | | | | | | |
| APN | 4230-005-053 | 4212-005-050 | | 4212-005-020 | | 4230-005-075 | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 8,000 | ☒ + ☐ - | $ 10,000 | ☐ + ☒ - | $ -5,000 |
| Adjusted Sale Price of Comparables | | Net 1.3 % Gross 4.5 % | $ 628,000 | Net 1.8 % Gross 7.3 % | $ 560,000 | Net 0.8 % Gross 6.8 % | $ 655,000 |

Summary of Sales Comparison Approach The comparables are all recent verified sales from the immediate market area. The sales are similar in style, overall condition, quality and appeal. The sales bracket the subject's GLA, site size and basic utility.The adjusted sales range is $560,000-$655,000. More weight given to standard sales and active listing evenly weighted with closed sales.

Final Estimated Value: $630,000
THE ESTIMATED EXPOSURE TIME IS 45-120 DAYS.
THE APPRAISER HAS APPRAISED THE SUBJECT PROPERTY IN THE PREVIOUS 36 MONTHS.

Appraisal Parameters and Methods: A six month market search was conducted within the subject's neighborhood and similar competing neighborhood(s) for comparable sales, pending sales and properties currently listed for sale. May properties were reviewed. To the best of the appraiser's knowledge, the Comparable presented and utilized in this report represent the most relevant data appropriate for the analysis and valuation of the subject property. The comparable section and valuation analysis is governed by the principle of substitution: a buyer will not pay more for one property than for another that is equally desirable. When determinable, adjustments for significant differences in improvements were derived by matched paired analysis or abstraction. When matched pair analysis or abstraction were not possible or practical, bracketing and/or the appraiser's knowledge and experience in the market area are utilized in determining the appropriate adjustment for differences. Comparable sales were confirmed closed per the information data sources cited in the "scope of the Appraisal." In the case of discrepancies among data sources the appraisers placed more weight on the MLS data for descriptive information and NDC or Public Records for recording data.

**Indicated Value by Sales Comparison Approach $** 630,000



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE 6/2007

## RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: JB050714

### INCOME APPROACH TO VALUE (if developed)
☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 4115 Glencoe Ave Apt 105 Venice, CA 90292 | N/A | N/A | N/A |
| Project | Del Rey Lofts | | | |
| Phase | 1 | | | |
| Proximity to Subject | | 0.14 miles SW | 0.14 miles SW | 0.14 miles SW |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $          /sq.ft. | $          /sq.ft. | $          /sq.ft | $          /sq.ft. |
| Rent Control | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Suburban/Avg | | | |
| View | | | | |
| Age | 2006 (8) | | | |
| Condition | Good | | | |

| | Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Room Count | 5 | 1L | 2 | | | | | | | | | |
| | Gross Living Area | 1,610 sq.ft. | | | sq.ft. | | | sq.ft. | | | sq.ft. | | |
| | Utilities Included | | | | | | | | | | | | |

Summary of Income Approach (including support for market rent and GRM):
N/A

Opinion of Monthly Market Rent $ _____ X. Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach

### COST APPROACH TO VALUE (if developed)
☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach:

Indicated Value by: Sales Comparison Approach $ 630,000   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Final Reconciliation   The Sales Comparison approach was solely weighted in determining the final estimate of value, as it best represents typical buyer's and sellers. The Cost approach was not considered due to the subject's age and location in a fully developed locale. The Income approach was not considered applicable because SFR's in the subject's area are typically purchases for owner use and not income generation.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $          630,000          as of:          05/01/2014          , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains    17    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
| | | | |
|---|---|---|---|
| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☐ Sketch Addendum |
| ☒ Map Addenda | ☒ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| ☒ Hypothetical Conditions | ☒ Extraordinary Assumptions | ☒ Plat Map | ☒ Location Map | |

Client Contact:  Michael Glock          Client Name:  GLOCK, MICHAEL
E-Mail:  drglock@bloomfactor.com          Address:  4115 Glencoe Ave 105, Marina Del Rey, CA 90292

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name:  Jennifer L. Bosco | Supervisory or Co-Appraiser Name: |
| Company:  SunWest Appraisals, Inc | Company: |
| Phone:  (818) 613-1767   Fax: | Phone:          Fax: |
| E-Mail:  jenbosco@hotmail.com | E-Mail: |
| Date of Report (Signature):  May 13, 2014 | Date of Report (Signature): |
| License or Certification #:  AR037417   State:  CA | License or Certification #:          State: |
| Designation:  Certified Residential | Designation: |
| Expiration Date of License or Certification:  06/07/2015 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:  05/10/2010 | Date of Inspection: |

GP CONDO

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE          6/2007

**Exhibit "1" - Page 5 of 19**

File No.: JB050714

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 4115 Glencoe Ave Apt 105 Venice, CA 90292 | 4310 Glencoe Ave Unit 4 Marina Del Rey, CA 90292 | | 4320 Glencoe Ave Unit 5 Marina Del Rey, CA 90292 | | 4334 Glencoe Ave Unit 5 Marina Del Rey, CA 90292 | |
| Project | Del Rey Lofts | Villa Velletri | | Villa Velletri | | Villa Velletri | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.31 miles SE | | 0.31 miles SE | | 0.31 miles SE | |
| Sale Price | $ | | $ 625,000 | | $ 630,000 | | $ 659,000 |
| Sale Price/GLA | $ /sq.ft. | $ 404.79 /sq.ft. | | $ 408.03 /sq.ft. | | $ 471.39 /sq.ft. | |
| Data Source(s) | NDC/MLS | Doc#1761913/MLS#SB13211063 | | Doc#1755684/MLS#13709351 | | MLS#14757027 | |
| Verification Source(s) | Inspection | Local Realtors | | Local Realtors | | Local Realtors | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | Conventional None | Conv/$2,500 Dom:61 | | Conv/None Noted Dom:74 | | Listing Dom:11 | −25,000 |
| Date of Sale/Time | Estate Planning | 12/13/2013 | | 12/12/2013 | | Active | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban/Avg | Suburban/Avg | | Suburban/Avg | | Suburban/Avg | |
| HOA Fees ($/Month) | 252 | 479 | | 512 | | 497 | |
| Common Elements and Recreational Facilities | Pool/Courtyard Security | Pool/Spa Courtyard | | Pool/Spa Courtyard | | Pool/Spa Courtyard | |
| Floor Location | 1st | 1st Townhouse | | 1st Townhouse | | 1st | |
| View | Residential/Avg | Residential/Avg | | Residential/Avg | | Residential/Avg | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 2006 (8) | 1974 (40) | | 1974 (40) | | 1974 (40) | |
| Condition | Good | Average+ | +25,000 | Average+ | +25,000 | Good | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 5 / 1L / 2 | 7 / 2 / 2.1 | −5,000 | 7 / 2 / 2.1 | −5,000 | 6 / 2 / 2 | |
| Gross Living Area | 1,610 sq.ft. | 1,544 sq.ft. | 0 | 1,544 sq.ft. | 0 | 1,398 sq.ft. | +18,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/None | +2,000 | FWA/CAC | |
| Energy Efficient Items | Typ for Area | Typ for Area | | Typ for Area | | Typ for Area | |
| Parking | 2 Parking Space | 2 Car Garage | −10,000 | 2 Car Garage | −10,000 | 2 Car Garage | −10,000 |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Porch/Patio | |
| Amenities | None | None | | None | | None | |
| APN | 4230-005-053 | 4212-005-228 | | 4212-005-198 | | 4212-005-065 | |
| Net Adjustment (Total) | | ☒ + ☐ − $ | 10,000 | ☒ + ☐ − $ | 12,000 | ☐ + ☒ − $ | −17,000 |
| Adjusted Sale Price of Comparables | | Net 1.6 % Gross 6.4 % $ | 635,000 | Net 1.9 % Gross 6.7 % $ | 642,000 | Net 2.6 % Gross 8.0 % $ | 642,000 |

Summary of Sales Comparison Approach   See page 2.

*SALES COMPARISON APPROACH*

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

6/2007

GP CONDO

## Assumptions, Limiting Conditions & Scope of Work

File No.: JB050714

| Address: 4115 Glencoe Ave | | Unit #: 105 | City: Venice | State: CA | Zip Code: 90292 |
|---|---|---|---|---|---|
| Client: GLOCK, MICHAEL | | Address: 4115 Glencoe Ave, Venice, CA 90292 | | | |
| Appraiser: Jennifer L. Bosco | | Address: 1321 N California St, Burbank, CA 91505 | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject unit is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.): IT IS NOTED THAT THE GLA WAS DERIVED FROM THE THIRD PARTY SOURCES DEEMED RELIABLE. IF DETERMINED NOT TO BE RELIABLE THE APPRAISER RESERVES THE RIGHT TO AMEND THE REPORT ACCORDINGLY.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDOAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE 6/2007

## Certifications

File No.: JB050714

| Address: 4115 Glencoe Ave | Unit #: 105 | City: Venice | State: CA | Zip Code: 90292 |
|---|---|---|---|---|

| Client: GLOCK, MICHAEL | Address: 4115 Glencoe Ave, Venice, CA 90292 |
|---|---|
| Appraiser: Jennifer L. Bosco | Address: 1321 N California St, Burbank, CA 91505 |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Michael Glock | Client Name: GLOCK, MICHAEL |
|---|---|
| E-Mail: drglock@bloomfactor.com | Address: 4115 Glencoe Ave, Venice, CA 90292 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Jennifer L. Bosco | Supervisory or Co-Appraiser Name: |
| Company: SunWest Appraisals, Inc | Company: |
| Phone: (818) 613-1767   Fax: | Phone:   Fax: |
| E-Mail: jenbosco@hotmail.com | E-Mail: |
| Date Report Signed: May 13, 2014 | Date Report Signed: |
| License or Certification #: AR037417   State: CA | License or Certification #:   State: |
| Designation: Certified Residential | Designation: |
| Expiration Date of License or Certification: 06/07/2015 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 05/10/2010 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDOAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
6/2007

GP CONDO

**Exhibit "1" – Page 8 of 19**

**Supplemental Addendum**
File No. JB050714

| Borrower/Client | None (GLOCK-Owner) | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | | |
| City | Venice | County | Los Angeles | State | CA | Zip Code | 90292 |
| Lender | | | | | | |

**Additional Information:**

PERSONAL PROPERTY: Personal property includes such items as furnishings, artwork, antiques, machinery, and equipment. No personal property was included in the valuation of the subject.

FEMA FLOOD DATA: Readers/users of this appraisal must note that the FEMA flood hazard information noted herein (in regards tot he subject) can not be guaranteed by the appraisers. The appraisers are not qualified experts in the determination of flood hazards and make no representations as to the FDMA flood zones or the necessity of flood insurance for the subject. The reader/user is advised to obtain a separate independent Flood FDMA, unless otherwise noted or included herein as an exhibit. Flood information noted in this appraisal was obtained from NDC services.

ZONING DATA: Zoning information was derived from NDC or other sources deemed reliable. However, the accuracy of the data can not be guaranteed.

STRUCTURAL/MECHANICAL DEFECTS: Unless specifically noted, this appraisal is based on the special assumption that the subject does not have any structural or mechanical defects. It is assumed that all mechanical equipment and appliances are in satisfactory working condition, unless otherwise noted, and that the electrical/plumbing systems are also adequate, unless otherwise noted. The appraisers are not experts in these areas (not licensed or qualified home inspector) and have not tested the subject to ensure that all of the above is in working condition. The pest control report (or termite report) and home inspection report if any, were not provided to the appraisers. Lastly, this appraisal is based on the special assumption that the roof and foundation systems area adequate. But again, the appraisers are not experts in these fields and have not tested the subject in these regards.

ADVERSE ENVIRONMENTAL CONDITIONS: There were no obvious environmental hazards present in the improvements, on the site or in the vicinity of the subject property that we noted as the time of the inspection. The value of the property in this report is based on the assumption that the property is not negatively affected by the presence of hazardous substances or detrimental environmental conditions. The appraisers are not experts in the identification of hazardous substances or detrimental environmental conditions. It is possible that tests and inspections made by a qualified hazardous substances and environmental expert would reveal the existence of hazardous materials and environmental conditions on or around the subject property that would negatively affect its value.

COMPETENCY STATEMENT: The appraisers have analyzed/appraised the subject's property type before. The appraisers possess the necessary knowledge and experience to complete this report in conformity with the competency provision of the USPAP. The appraiser signing on the right, supervised the appraisal process, has made a through review of the work file including the finished report, has recommended changes where appropriate, and concurs with the analyses and value conclusions stated herein. The appraisers accept full and complete responsibility for the appraisal report.

PURPOSE OF THE REPORT (SCOPE OF THE REPORT): The purpose of this report is to estimate the market value of the subject property.

FUNCTION (INTENDED USE) OF REPORT: The function of this report is for estate planning purposes. This appraisal report is not intended for use in a mortgage finance transaction. This report is not intended for any other use or uses and shall be invalid if used for any other function. Furthermore, this report may only be used by the noted client, as indicated on the top of the appraisal form. This report may not be given to and may not be utilized by a third party. The appraisers and appraisal firm will have no obligation to reissue this report to any other party.

REAL PROPERTY INTERESTS DEFINED: A Fee Simple interest is defined as "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." [Dictionary of Real Estate Appraisal, 3rd Ed.]

DIGITAL SIGNATURES: This report may contain digitally-reproduced signatures, which are approved by FNMA, GNMA, FHA and HUD. The A la Mode appraisal software program allows an appraiser to attach a digitally-reproduced signature by entering a secret password known only to the signing appraiser. Furthermore, after the report is digitally signed, it is locked and cannot be altered by anyone but the

**Supplemental Addendum**                                                    File No. JB050714

| Borrower/Client | None (GLOCK-Owner) | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | | |
| City | Venice | County | Los Angeles | State | CA | Zip Code | 90292 |
| Lender | | | | | | |

signing appraisers.  The appraisers accept full responsibility for the appraisal report.

DIGITAL PHOTOGRAPHS: This report may contain digitally-reproduced photographs, which are approved by FNMA, GNMA, FHA, and HUD.  The photos have not been altered or enhanced in anyway that would misrepresent the property or mislead the intended user of this report.  The appraisers accepts full responsibility for the appraisal.

PROFESSIONAL ASSISTANCE: Brianne Boyce Newbro provided professional assistance in the preparation of the report and of the inspection. She was directly supervised by Jennifer Bosco.

**Plat Map**

| Borrower/Client | None (GLOCK-Owner) | | | | |
|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | |
| City | Venice | County | Los Angeles | State CA | Zip Code 90292 |
| Lender | | | | | |



**Location Map**

| Borrower/Client | None (GLOCK-Owner) | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | | | |
| City | Venice | County | Los Angeles | State | CA | Zip Code | 90292 |
| Lender | | | | | | | |



## Subject Photo Page

| Borrower/Client | None (GLOCK-Owner) | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | | |
| City | Venice | County | Los Angeles | State | CA | Zip Code | 90292 |
| Lender | | | | | | |



**Subject Front**

4115 Glencoe Ave Apt 105
Sales Price
Gross Living Area     1,610
Total Rooms           5
Total Bedrooms        1L
Total Bathrooms       2
Location              Suburban/Avg
View                  Residential/Avg
Site                  39,560sf
Quality               Average
Age                   2006 (8)



**Subject Rear**



**Subject Street**

## Subject Interior Photo Page

| Borrower/Client | None (GLOCK-Owner) | | | | |
|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | |
| City | Venice | County Los Angeles | State CA | Zip Code 90292 | |
| Lender | | | | | |



**Subject Interior**

| | |
|---|---|
| 4115 Glencoe Ave Apt 105 | |
| Sale Price | |
| GLA | 1,610 |
| Total Rooms | 5 |
| Bedrooms | 1L |
| Bathrooms | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 39,560sf |
| Quality | Average |
| Age | 2006 (8) |
| Laundry | |



**Subject Interior**

Kitchen



**Subject Interior**

Bedroom

**Subject Interior Photo Page**

| Borrower/Client | None (GLOCK-Owner) | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | | |
| City | Venice | County | Los Angeles | State | CA | Zip Code | 90292 |
| Lender | | | | | | |



**Subject Interior**

4115 Glencoe Ave Apt 105
| | |
|---|---|
| Sale Price | |
| GLA | 1,610 |
| Total Rooms | 5 |
| Bedrooms | 1L |
| Bathrooms | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 39,560sf |
| Quality | Average |
| Age | 2006 (8) |
| Bathroom | |



**Subject Interior**

Living Room



**Subject Interior**

Sitting Area

**Subject Interior Photo Page**

| Borrower/Client | None (GLOCK-Owner) | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | | | |
| City | Venice | County | Los Angeles | State | CA | Zip Code | 90292 |
| Lender | | | | | | | |



**Subject Interior**

4115 Glencoe Ave Apt 105
Sale Price
GLA             1,610
Total Rooms     5
Bedrooms        1L
Bathrooms       2
Location        Suburban/Avg
View            Residential/Avg
Site            39,560sf
Quality         Average
Age             2006 (8)
Den



**Subject Interior**

Bathroom



**Subject Interior**

Office



**Subject Interior Photo Page**

| Borrower/Client | None (GLOCK-Owner) | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | | | |
| City | Venice | County | Los Angeles | State | CA | Zip Code | 90292 |
| Lender | | | | | | | |



### Subject Interior

4115 Glencoe Ave Apt 105

| | |
|---|---|
| Sales Price | |
| G.L.A. | 1,610 |
| Tot. Rooms | 5 |
| Tot. Bedrms. | 1L |
| Tot. Bathrms. | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 39,560sf |
| Quality | Average |
| Age | 2006 (8) |
| Bedroom | |

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | None (GLOCK-Owner) | | | | |
| Property Address | 4115 Glencoe Ave Apt 105 | | | | |
| City | Venice | County | Los Angeles | State CA | Zip Code 90292 |
| Lender | | | | | |



### Comparable 1

| | |
|---|---|
| 13107 Mindanao Way Unit 5 | |
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 620,000 |
| Gross Living Area | 1,398 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 552,064sf |
| Quality | Average |
| Age | 1974 (40) |



### Comparable 2

| | |
|---|---|
| 4350 Glencoe Ave Unit 4 | |
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 550,000 |
| Gross Living Area | 1,544 |
| Total Rooms | 7 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 552,064sf |
| Quality | Average |
| Age | 1974 (40) |



### Comparable 3

| | |
|---|---|
| 4115 Glencoe Ave Apt 213 | |
| Prox. to Subject | Less than 0.01 miles |
| Sale Price | 660,000 |
| Gross Living Area | 1,370 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 39,560sf |
| Quality | Average |
| Age | 2006 (8) |

**Comparable Photo Page**

| Borrower/Client | None (GLOCK-Owner) | | | | |
|---|---|---|---|---|---|
| Property Address | 4115 Glencoe Ave Apt 105 | | | | |
| City | Venice | County | Los Angeles | State CA | Zip Code 90292 |
| Lender | | | | | |



### Comparable 4

| | |
|---|---|
| 4310 Glencoe Ave Unit 4 | |
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 625,000 |
| Gross Living Area | 1,544 |
| Total Rooms | 7 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 552,079sf |
| Quality | Average |
| Age | 1974 (40) |



### Comparable 5

| | |
|---|---|
| 4320 Glencoe Ave Unit 5 | |
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 630,000 |
| Gross Living Area | 1,544 |
| Total Rooms | 7 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 552,064sf |
| Quality | Average |
| Age | 1974 (40) |



### Comparable 6

| | |
|---|---|
| 4334 Glencoe Ave Unit 5 | |
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 659,000 |
| Gross Living Area | 1,398 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 552,079sf |
| Quality | Average |
| Age | 1974 (40) |

| In re:                          | CHAPTER 13                          |
|                                 |                                     |
| Michael Glock                   |                                     |
|                      Debtor(s). | CASE NUMBER 2:14-bk-11571-WB        |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On August 20, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/20/2014 | David Ramos   |           |
|------------|---------------|-----------|
| Date       | Printed Name  | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

| In re:<br>   Michael Glock | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:14-bk-11571-WB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

United States Trustee:
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Chapter 13 Trustee:
Nancy K Curry (TR)
ecfnc@trustee13.com

Creditors:
American Express Centurion Bank
c/o Becket and Lee LLP
Gilbert B. Weisman, II
notices@becket-lee.com

Del Rey Lofts At Glencoe Homeowners
Association
c/o Beaumont Gitlin Tashjian
Monet H Jordan
mjordan@bgtlawyers.com

Nationstar Mortgage, LLC.
Michael Daniels
BkECFnotifications@nationstarmail.com

Recovery Management Systems Corporation
Ramesh Singh
claims@recoverycorp.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**via U.S. Mail:**

Debtor:
Michael Glock
4115 Glencoe Ave.
Marina Del Rey, CA 90292

Judge:
Honorable Julia W. Brand
U.S. Bankruptcy Court
Central District of California
Edward Roybal Federal Building
255 E. Temple Street, Suite 1382
Los Angeles, California 90012-3332

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**SEE ATTACHED ADDITIONAL SERVICE INFORMATION**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                        **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)*<br>U.S. Bank National Association<br>Attn: Richard K. Davis, President/CEO<br>425 Walnut Street<br>Cincinnati, OH 45202 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☑ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking # 7003311000014101321<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br>Nationstar Mortgage, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 630267<br>Irving, Texas 75063 | Address from:<br>☑ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| 2nd lienholder *(name and address)*<br>The Bank of New York Mellon<br>Attn: Gerald L. Hassell, Chariman/CEO<br>One Wall Street<br>New York, NY 10286 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☑ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking # 7003311000014101338<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)*<br>Specialized Loan Servicing, LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, Colorado 80129 | Address from:<br>☑ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2011*                    Page 7                    **F 4003-2.4.MOTION**

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rdd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| Alternative/additional address<br>*(name and address)*<br>U.S. Bank National Association c/o<br>Weinstein, Pinson & Riley<br>BK Services<br>2001 Western Avenue, #400<br>Seattle, WA 98121 | Address from:<br>☑ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| Alternative/additional address<br>*(name and address)*<br>The Bank of New York Mellon c/o<br>Buckely Madole, P.C.<br>P.O. Box 9013<br>Addison, TX 75001 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2011*                          Page 8                          **F 4003-2.4.MOTION**